UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

REMOVAL SOLUTIONS, LLC,
A New Mexico Limited Liability Company,

    Plaintiff,

v.

                                                                                          Civ No.1:22cv00441 KG/JFR

ACUITY INSURANCE,
A Wisconsin Mutual Insurance Company,

    Defendant.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Parties' Joint Motion to Dismiss with Prejudice and the Court being fully informed in the premises, FINDS that the Motion is well taken and should be granted.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff Removal Solutions, LLC's Complaint and all claims made or which could have been made against Defendant Acuity, a Mutual Insurance Company in this matter, are hereby dismissed with prejudice, with each party bearing their own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Sonya R. Burke*
   Jennifer A. Noya
   Sonya R. Burke
   Post Office Box 2168
   Bank of America Centre, Suite 1000
   500 Fourth Street, N.W.
   Albuquerque, New Mexico 87103-2168
   Telephone: (505) 848-1800
   *Attorneys for Acuity*


By:  */s/ Angelo J. Artuso*
   LAW OFFICE OF ANGELO J. ARTUSO
   Angelo J. Artuso
   PO Box 1504
   Las Cruces, NM 88004
   505.306.5063
   angelo@nmliberty.com
   *Attorney for Plaintiff*